COMMONWEALTH of Pennsylvania,
Respondent

v.

Edward LUCKETT, Petitioner

No. 267 MAL 2017

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

**AND NOW**, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Mario L. GRIFFIN, Petitioner

No. 344 MAL 2017

Supreme Court of Pennsylvania.

September 21, 2017

## ORDER

PER CURIAM

**AND NOW**, this 21st day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Vincent YANT, Petitioner

No. 245 EAL 2017

Supreme Court of Pennsylvania.

September 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.